# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Buta Singh,<br><br>    Petitioner,<br><br>v.<br><br>John Kramer, et al.,<br><br>    Respondents. | No. CV-26-00775-PHX-DWL (ASB)<br><br>**ORDER** |

In response to the OSC, Respondents indicate Petitioner was scheduled to receive a bond redetermination hearing on March 5, 2026.  (Doc. 8 at 6.)

**IT IS THEREFORE ORDERED** Petitioner must file a status update no later than March 11, 2026 indicating whether he received a bond redetermination hearing and, if so, the result of that hearing.

Dated this 9th day of March, 2026.

Dominic W. Lanza
United States District Judge