IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Buta Singh,<br><br>          Petitioner,<br><br>v.<br><br>John Kramer, et al.,<br><br>          Respondents. | No. CV-26-00775-PHX-DWL (ASB)<br><br>**ORDER** |

In this § 2241 action, Petitioner alleges that he entered the United States on October 6, 2022; that he was "released on parole" and issued a notice to appear on October 9, 2022; and that he complied with all required ICE check-ins until January 15, 2026, when he was "unlawfully detained by the ICE" "without any reason or violation." (Doc. 1 ¶¶ 3-5, 11-12.) Petitioner asserts various constitutional challenges to his continued detention and contends he is entitled to a release order or a bond hearing. (*Id.* ¶ 14.)

In its response to the order to show cause, the government argued that Petitioner was not entitled to a *pre*-deprivation hearing before his arrest on January 15, 2026 because he is being "detained under 8 U.S.C. § 1226(a)," which creates a right to a *post*-arrest bond hearing. (Doc. 8 at 2.) To that end, the government avowed that Petitioner was "scheduled for a bond hearing on March 5, 2026." (*Id.*) The government thus asserted that, at least in relation to § 1226(a), a pre-deprivation hearing would amount to "an improper extra-statutory remedy" that would be "both improper and superfluous," given that "[i]f Petitioner were to be re-arrested and detained by ICE, he is entitled to a review of custody

determinations." (*Id.*)

Petitioner has now informed the Court that he was never scheduled to receive a bond hearing on March 5, 2026 and that the government's assertions to this effect in its response to the order to show cause (and in the accompanying declaration from Deportation Officer Nellie Martinez, *see* Doc. 8-1 ¶ 9) were inaccurate. (Doc. 10.)

Accordingly,

**IT IS ORDERED** that the government must show cause by 4:00 pm on March 12, 2026 why Petitioner should not be immediately released from immigration custody or provided with an expedited bond hearing.

Dated this 11th day of March, 2026.

_____
Dominic W. Lanza
United States District Judge