# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Buta Singh, | No. CV-26-00775-PHX-DWL (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| John Kramer, et al., | |
| Respondents. | |

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) Petitioner alleged he entered the United States in 2022 and was immediately encountered by the United States Border Patrol; that after a short period of detention, he was released on his own recognizance pending his immigration proceedings; and that he was re-detained by Customs and Border Protection officials on January 15, 2026 without a pre-deprivation hearing. (*Id.* ¶¶ 3-5, 11.) The Court issued an order to show cause why the § 2241 petition should not be granted. (Doc. 4.) Following briefing, the Court directed Petitioner to file a status update as to whether he received a bond redetermination hearing and, if so, the result of that hearing. (Doc. 9.)

Petitioner notified the Court that he did not receive a bond redetermination hearing and was not scheduled for one. (Doc. 10.) The Court issued an order to show cause why Petitioner should not be immediately released or provided with an expedited bond hearing. (Doc. 11.) The Court held a status conference on March 12, 2026, at which Respondents indicated they would facilitate Petitioner's counsel's schedule to arrange a bond hearing

on March 18, 2026.  (Doc. 14.)  Petitioner has now updated the Court that he was granted bond in the amount of $5,000 at the March 18, 2026 bond redetermination hearing.  (Doc. 15.)  Because Petitioner has now been granted the relief he sought in his petition, the Court will dismiss the action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are **dismissed as moot**.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 19th day of March, 2026.

Dominic W. Lanza
United States District Judge

- 2 -